IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 6:25-cr-1186 |
| | ) | |
| | ) | MOTION FOR DISCLOSURE OF |
| vs. | ) | INTENT TO USE EVIDENCE OF |
| | ) | OTHER CRIMES, WRONGS, OR ACTS |
| | ) | UNDER FEDERAL RULES OF |
| BENJAMIN EARL JOHNSON, JR. | ) | EVIDENCE OF 404(B) |

The defendant, Benjamin Earl Johnson, Jr., by and through his undersigned attorney, does hereby move the Court, pursuant to Federal Rules of Evidence, Rule 404(b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose. In this regard, the Government should specify the particular crime, wrong, or act to be used and the particular theory upon which it is admissible.

Respectfully submitted,

*s/Benjamin T. Stepp*
Benjamin T. Stepp (Fed. Bar #4301)
Assistant Federal Public Defender
Federal Public Defender, District of South Carolina
75 Beattie Place, Suite 950
Greenville, SC 29601
(864) 235-8714

Greenville, South Carolina
October 24, 2025