IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. No. <u>6:25-CR-1186</u> |
| ) | |
| vs. ) | 26 U.S.C. § 7202 |
| ) | |
| BENJAMIN EARL JOHNSON, JR. ) | <u>ELEMENTS and PENALTIES</u> |

**ELEMENTS OF A 26 U.S.C. § 7202 VIOLATION:**

(1) Duty to collect, account for, and pay over a tax;
(2) Failure to collect, truthfully account for, or pay over the tax; and
(3) Willfulness.

**<u>MAXIMUM PENALTIES FOR 26 USC 7202</u>**

1. Fine of $10,000.00 and/or

2. Imprisonment for 5 years, and

3. A term of supervised release of 3 years, and

4. Special Assessment of $100.00